IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FRANK D. MCCOLLUM, III, #2021347,  §
                                   §
        Plaintiff,                 §
                                   §
V.                                 §        No. 3:18-CV-2351-N-BK
                                   §
GRACIE G. LEWIS, ET AL.,           §
                                   §
        Defendants.                §

**AMENDED ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation

in this case.  Objections were filed.  Doc. 30.  Plaintiff subsequently filed a notice of appeal.  Doc.

32.

By order filed December 3, 2021, the Court accepted the Findings, Conclusions and

Recommendation of the United States Magistrate Judge and entered Judgment dismissing

Plaintiff's remaining claims against Defendant Henschel as frivolous.  Doc. 28, 29. The Court

now considers the objections.

The Court has reviewed *de novo* those portions of the proposed findings, conclusions, and

recommendation to which objection was made, and reviewed the remaining proposed findings,

conclusions, and recommendation for plain error.  The objections are OVERRULED.  Therefore,

the judgment remains undisturbed.

Plaintiff's second motion for extension of time to file objections, which was dated and mailed before the objections, is DENIED AS MOOT.  Doc. 31.

SO ORDERED this 22nd day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE